# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-10783
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
February 7, 2025

Lyle W. Cayce
Clerk

Victoria A. Phillips,

*Plaintiff—Appellant*,

*versus*

Geico Insurance Company; Geico Ins Agent,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-1017

———————————————————————

Before Stewart, Ho, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Victoria A. Phillips filed a civil action, in the Northern District of Texas, against the GEICO Insurance Company (GEICO) for fraud, extortion, and a violation of the Racketeer Influenced and Corrupt Organizations Act (RICO). The district court dismissed the complaint without prejudice for improper venue. *See* 28 U.S.C. § 1406(a).

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10783

Phillips moves for leave to proceed in forma pauperis (IFP), thereby challenging the district court's certification that her appeal is not taken in good faith. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997). We will grant IFP status if the appeal involves legal points arguable on their merits. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Phillips's appeal does not involve any legal points arguable on their merits and is frivolous. *See id.* Accordingly, the motion to proceed IFP is DENIED, and the appeal is DISMISSED as frivolous. *See Baugh*, 117 F.3d at 202 & n.24.